PER CURIAM.
Affirmed. Fischer v. Knuck, 497 So.2d 240, 242 (Fla.1986); Capelouto v. Orkin Exterminating Company, 183 So.2d 532 *228 (Fla.1966); Lawson v. Longo, 547 So.2d 1279 (Fla. 3d DCA 1989); Air Ambulance Network v. Floribus, 511 So.2d 702 (Fla. 3d DCA 1987); Orkin Exterminating Company v. Girardeau, 301 So.2d 38 (Fla. 1st DCA 1974); Renpak, Inc. v. Oppenheimer, 104 So.2d 642 (Fla. 2d DCA 1958).